Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

GEOFFREY GITHUI KINYUA, et al.,

_____
Plaintiff(s)

v.

Civil Action: 14-2118 JDB

REPUBLIC OF THE SUDAN, et al
_____
Defendant(s)

**RE:** DEFENDANTS: IRANIAN MINISTRY OF INFORMATION AND SECURITY and ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 6/2/15, and an affidavit on behalf of the plaintiff having been filed, it is this 29th day of October, 2015 declared that defendant(s) is/are in default.



ANGELA D. CAESAR, Clerk

By: Tawana Davis
Digitally signed by Tawana Davis
DN: cn=Tawana Davis, o=U.S. District Court for DC, ou=Operations, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2015.10.29 14:06:56 -04'00'

Deputy Clerk