UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEOFFREY GITHUI KINYUA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> REPUBLIC OF THE SUDAN, *et al.*, <br><br> Defendants. | Civil Action No. 14-2118 (JDB) |

**PLAINTIFFS' MOTION TO AMEND OR ALTER JUDGMENT
PURSUANT TO FED. R. CIV. P. 59(E)
OR IN THE ALTERNATIVE FOR RELIEF FROM JUDGMENT PURSUANT TO
<u>FED. R. CIV. P. 60(B)</u>**

Plaintiffs Geofrey Githui Kinyua, Edward Ngatia Kinyua, Joseph Wachira Kinyua, Susan Wanjugu Wachira, Mary Wanjiru Kinyua, Winnie Wangui Kinyua, and Martin Munga Njeri (collectively "Plaintiffs"), by and through undersigned Counsel, hereby move this Court for an order amending or altering the Court's memorandum and order dated March 30, 2018 ("March 30 Order"), which denied their motion for default judgment and dismissed with prejudice their claims against the Islamic Republic of Iran and the Iranian Ministry of Information and Security. Specifically, due to the procedural posture of the case, the Court's decision to raise the statute of limitations defense on Iran's behalf was based on an erroneous and inadequate record, and relief is warranted to prevent a manifest injustice.

Alternatively, Plaintiffs request relief and/or move to vacate the March 30 Order pursuant to Rule 60(b) on the grounds that the judgment was entered upon the good faith mistake and excusable neglect of the Plaintiffs. The grounds for this Motion are set forth in the accompanying Statement of Points and Authorities.

2

      This Motion is timely made, as applicable to Rule 59(e), having been brought within 28 days after the entry of the judgment, and, as applicable to Rule 60(b)(1), no more than one year after the entry of the judgment.

      Plaintiffs preserve their right to file a notice of appeal from the March 30 Order should an appeal become necessary. *See* Fed. R. App. P. 4(a)(4)(A) (providing that a timely Rule 59 motion, or a Rule 60 motion filed within twenty-eight days of the judgment, tolls the time to appeal).

DATED:  Washington, D.C.
            April 27, 2018

Respectfully submitted,

By: */s/ Nazareth M. Haysbert*
Nazareth M. Haysbert (*pro hac vice*)
HAYSBERT MOULTRIE, LLP
633 West Fifth Street, 28th Floor
Los Angeles, CA 90071
Tel.: (213) 533-4130
Fax: (310) 424-7140
nazareth@hmlaw.la

James L. Moultrie III
D.C. Bar No. 1029954
HAYSBERT MOULTRIE, LLP
633 West Fifth Street, 28th Floor
Los Angeles, CA 90071
Tel.: (213) 533-4130
Fax: (310) 424-7140
james@hmlaw.la

*Attorneys for Plaintiffs*