# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEOFREY GITHUI KINYUA, et al.,**  Plaintiffs,  v.  **REPUBLIC OF THE SUDAN, et al.,**  Defendants. | Civil Action No. 14-2118 (JDB) |

## ORDER

Upon consideration of [58] plaintiffs' motion for payment of Special Master Deborah E. Greenspan, and the entire record herein, it is hereby

**ORDERED** that [58] plaintiffs' motion for payment of Special Master Deborah E. Greenspan is **GRANTED**; it is further

**ORDERED** that Deborah E. Greenspan shall be authorized a payment of $10,250 in fees and reasonable business expenses from funds available under § 1404C of the Victims of Crime Act of 1984 (now codified at 34 U.S.C. § 20106); it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order [ECF No. 65];

2. Plaintiffs' Motion for Payment of Special Master Deborah E. Greenspan [ECF No. 58] as well as the attached Invoice [ECF No. 58-2]; and

3. The Order appointing Deborah E. Greenspan as Special Master [ECF No. 54];

and it is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with OVC

1

and that, upon receipt of such funds, the Clerk shall promptly disburse them to Deborah E. Greenspan at her provided address.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  May 22, 2020